IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ALJAY LOCKETT, JR., )
 )
    Plaintiff, )
 )
vs. ) CV-01-S-1305-S
 )
LORRIE DARK-BISHOP, )
 )
    Defendant. )

FILED
04 JUL -2 PM 12:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
JUL 0 2 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation on June 15, 2004, recommending that the defendant's motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections on June 24, 2004.

In his objections, plaintiff contends that the tolling provision formerly in Ala. Code § 6-2-8 (1975) applies to him. Plaintiff's argument is without merit. As noted in the Report and Recommendation, effective May 17, 1996, § 6-2-8 was amended so that it no longer provides a tolling provision. In addition, as noted in the Report and Recommendation, it is clear that plaintiff's action would not have been saved by the tolling provision even had the tolling provision not been amended.

Plaintiff argues further in his objections that he had previously filed a civil action in the United States District Court for the Middle District of Alabama which was dismissed pursuant to *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). Plaintiff claims that he was instructed by the United States District Court for the Middle District of Alabama to exhaust his remedies. Plaintiff argues that if a state prisoner must exhaust state collateral remedies before

seeking damages under § 1983, then the § 1983 action should be stayed rather than dismissed pending exhaustion. Plaintiff's argument has nothing to do with the present action. Plaintiff did not previously file an action in this court dealing with the matters dealt with herein. Plaintiff should direct his argument to the United States District Court for the Middle District of Alabama.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections filed by the plaintiff, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendant is entitled to judgment as a matter of law. Accordingly, defendant's motion for summary judgment is due to be GRANTED and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

DONE this the **2nd** day of **July**, 2004.

_____
UNITED STATES DISTRICT JUDGE

2